GEOFF HANSEN,
Acting Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant GARCIA-VALADEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00141 - JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING THE** |
| v. | ) | **SENTENCING HEARING DATE** |
| | ) | |
| CARLOS GARCIA-VALADEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    Defendants and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the sentencing hearing in the above-captioned matter, presently scheduled for, February 27, 2012 at 1:30 p.m., to March 19, 2012, at 1:30 p.m. The reason for the continuance is defense counsel inadvertently scheduled the sentencing in this matter for the currently set date and time which conflicts with a previously set sentencing hearing before Chief Judge James Ware, in San Francisco, in the case of <u>United States</u>

v. Amaju Crittle, case number CR-10- 00829-JW.  Therefore, defense counsel will be unavailable.

IT IS SO STIPULATED.

Dated: February 17, 2012

_____/s/_____
MANUEL  ARAUJO
Assistant Federal Public Defender

Dated:  February 17, 2012

_____/s/_____
Jeffrey B. Schenk,
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter shall be continued from February 27, 2012, at 1:30 p.m., to March 19, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: February __21__, 2012

_____
HONORABLE EDWARD J. DAVILA
United States District Judge